# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 16, 2007 |
| Court Reporter: Janet Coppock | Time: one hour and 7 minutes |
| Pretrial Services Officer: Gerald Mason | Interpreter: n/a |

**CASE NO. 07-CR-00115-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **MARTIN SOTELO MENZOR,** | Robert Pepin |
| Defendant. | |

## HEARING ON MOTION TO REVOKE DETENTION ORDER

**3:04 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Defendant's Motion to Revoke Detention Order (Doc #28), filed 7/16/07.

Page Two
07-CR-00115-WDM
August 16, 2007

Record should reflect that the Court has reviewed the transcript of the detention hearing and Magistrate Judge Rice's order as well as the Pretrial Services' report and recommendation.

**3:06 p.m.**     Argument by Mr. Pepin.  Questions by the Court.

**3:25 p.m.**     Argument by Mr. Conner.  Questions by the Court.

**3:49 p.m.**     Rebuttal argument by Mr. Pepin.

Comments by Mr. Mason.

**3:58 p.m.**     **COURT IN RECESS**

**4:11 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion to Revoke Detention Order (Doc #28), filed 7/16/07 is **DENIED.**  Written order shall issue.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:24 p.m.**     **COURT IN RECESS**

**Total in court time:**     **67 minutes**

**Hearing concluded**