IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00115-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN SOTERO MENZOR,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defense counsel has advised chambers that doc. no. 10 is moot.

Dated: January 2, 2008

                                             s/ Jane Trexler, Judicial Assistant