IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00115-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN SOTERO MENZOR,

    Defendant.

_____

**ORDER OF RE-ASSIGNMENT**
_____

Miller, J.

    Because I have two criminal trials which must commence on January 7, 2008, because of speedy trial act mandates, I hereby re-assign this matter to the Honorable Judge David M. Ebel for trial with the approval of Chief Judge Edward W. Nottingham all pursuant to D.C.COLO.LCrR 50.1A. The Clerk of this court is directed to change the caption on this matter to 07-cr-00115-DME.

    DATED at Denver, Colorado, on January 4, 2008.

                                                    BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States District Judge

PDF FINAL